

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Chatman <br><br> **Plaintiff,** <br><br> V. <br><br> Apts Behind Indoor Swap Meet in Oceanside and Indoor Swap Meet to; Quility Chevrolet in Escondido; Lexus in Escondido; Recylcing Place Across from Fire Dept. in Oceanside; Solana Beach Lifeguards and Vista Court **Defendant.** | Civil Action No. 18cv1606-MMA(WVG) <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court: 1) denies Plaintiff's Motions to Proceed IFP  and to Appoint Counsel  as barred by 28 U.S.C. § 1915(g); 2) dismisses this civil action without prejudice for failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a); 3) certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

| | |
|---|---|
| **Date:** 7/18/18 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By: s/ R. Chapman <br> R. Chapman, Deputy |